HERBERT JOHNSON, JR. *v.* CITY OF
WEST HAVEN ET AL.
(9038)

SPALLONE, DALY and LANDAU, Js.

Argued November 1—decision released November 8, 1990

*Kevin J. Maher,* with whom, on the brief, were *Colette Mauborgne* and *Kathleen M. Byrne,* for the appellants (defendants et al.).

*Hugh F. Keefe,* with whom, on the brief, were *Mary Beattie Schairer, John J. Keefe, Charles Tiernan* and *Richard Lynch,* for the appellee (plaintiff).

PER CURIAM. The judgment is affirmed.